Appeal dismissed on motion of counsel for the respective parties.

*R. F. Burdine,* for Appellants;

*Shutts & Bowen,* for Appellee.

———————

Charles R. Tysen, Appellant, v. Burt T. Jones, Appellee.

An Appeal from the Circuit Court for Sarasota County.

Appeal dismissed on motion of counsel for Appellant.

*Frank Redd* and *Will O. Murrell,* for Appellant;

*Burket & Fish,* Special Solicitors for Appellant;

*Marion B. Jennings,* for Appellee.

———————

Charles R. Tysen, Appellant, v. Burt T. Jones and Sarah P. Jones, his wife, Appellees.

An Appeal from the Circuit Court for Sarasota County.

Appeal dismissed on motion of counsel for Appellant.

*Frank Redd* and *Will O. Murrell,* for Appellant;

*Burket & Fish,* Special Solicitors for Appellant;

*Marion B. Jennings,* for Appellee.